**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JANICE BARONE, a single woman,<br><br>                Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY,<br>a foreign corporation;<br><br>                Defendant. | CIV 05-2543-PHX-DKD<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Based upon the foregoing stipulation of the parties, and good cause appearing therfore;

**IT IS HEREBY ORDERED** dismissing the above-entitled action with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 23rd day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge